# EXHIBIT A

http://publicaccess.co.galveston.tx.us/CaseDetail.aspx?CaseID=1166355

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back

Location : Galveston County   Images

# CASE SUMMARY
## CASE NO. CV-0070916

| Renato Dominguez vs. Black Elk Energy, LLC, et al | § | |
|---|---|---|
| | § | Case Type: **Injury or Damage - Other** |
| | § | Date Filed: **10/16/2013** |
| | § | Location: **County Court at Law No. 2** |
| | § | Judicial Officer: **Roberts, Barbara** |
| | § | |
| | § | |

---

### PARTY INFORMATION

---

**Lead Attorneys**

| Defendant | **Black Elk Energy Offshore Operations, LLC** |
|---|---|

| Defendant | **Black Elk Energy, LLC**<br>James F Hagemeier, Registered Agent<br>11451 Katy Freeway, Ste. 500<br>Houston, TX 77079 |
|---|---|

| Defendant | **Black Elk Management, LLC**<br>John G Hoffman, Registered Agent<br>11451 Katy Freeway, Ste. 500<br>Houston, TX 77079 |
|---|---|

| Defendant | **Black Elk Oil and Gas, LLC**<br>James F Hagemeier, Registered Agent<br>11451 Katy Freeway, Ste. 500<br>Houston, TX 77079 |
|---|---|

| Defendant | **Compass Engineering & Consultants of Texas, LLC**<br>Kirl L Trascher, Registered Agent<br>14701 St. Marys Lane, Suite 275<br>Houston, TX 77079 |
|---|---|

| Defendant | **Compass Engineering & Consultants, LLC**<br>Hewitt Brooks Bernard, Registered Agent<br>2505 Southeast Evangeline Thruway<br>Lafayette, LA 70508 |
|---|---|

| Defendant | **Enviro-Tech Systems, LLC**<br>Frank A Richerand, Registered Agent<br>78219 Oak Ridge Rd<br>Folsom, LA 70437 |
|---|---|

| Defendant | **Shamrock Management** *Doing Business As* **Shamrock Energy Solutions**<br>Jeffery L Trahan, Regsitered Agent<br>4800 Hwy 311<br>Houma, LA 70360 |
|---|---|

| Defendant | **Wood Group PSN, Inc.**<br>Corporation Services Company, Registered Agent<br>Lawyers Incorporation Services Company<br>211 E 7th Street, Suite 620<br>Austin, TX 78701-3218 |
|---|---|

| Defendant | **Wood Group USA, Inc.**<br>Corporation Services Company, Registered Agent<br>211 E. 7th Street, Suite 620<br>Austin, TX 78707-3218 |
|---|---|

11/1/2013 8:44 AM

http://publicaccess.co.galveston.tx.us/CaseDetail.aspx?CaseID=1166355

| **Plaintiff** | Dominguez, Renato | | **Jason A. Itkin**<br>*Retained*<br>7132223800(W)<br>7132223850(F) |
|---|---|---|---|

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/16/2013 | **Original Petition (OCA)** |
| 10/16/2013 | **Case Cover Sheet** |
| 10/17/2013 | **Status Conference** |
| 10/17/2013 | **Citation - Service** |

*Mailed to atty, they are attaching the Petition*

| | |
|---|---|
| Black Elk Energy, LLC | Unserved |
| Black Elk Management, LLC | Unserved |
| Black Elk Oil and Gas, LLC | Unserved |
| Wood Group PSN, Inc. | Unserved |
| Wood Group USA, Inc. | Unserved |
| Compass Engineering & Consultants, LLC | Unserved |
| Compass Engineering & Consultants of Texas, LLC | Unserved |
| Shamrock Management | Unserved |
| Enviro-Tech Systems, LLC | Unserved |

| | |
|---|---|
| 10/17/2013 | **Clerk's Note** |

*called and left message for attorney, Black Elk Energy Offshore Operations, LLC address was left off Original Petition. Told them they will have to file an Amended Petition to change it*

| | |
|---|---|
| 10/18/2013 | **Demand For Jury Trial** |
| 02/20/2014 | **Status Conference** (2:00 PM) (Judicial Officer Roberts, Barbara) |

---

**Unofficial Record**

Filed
13 October 16 P3:09
Dwight D. Sullivan
County Clerk
Galveston County

CAUSE NO. _CV70916_____

| | | |
|---|---|---|
| Renato Dominguez | § | COUNTY COURT AT LAW |
| *Plaintiff,* | § | |
| | § | |
| v. | § | COURT NO. __2__ |
| | § | |
| Black Elk Energy, LLC; | § | |
| Black Elk Management, LLC; | § | |
| Black Elk Oil & Gas, LLC; | § | |
| Black Elk Energy Offshore Operations, LLC; | § | |
| Wood Group PSN, Inc.; | § | |
| Wood Group USA, Inc.; | § | |
| Compass Engineering & Consultants, LLC; | § | |
| Compass Engineering & | § | |
| Consultants of Texas, LLC; | § | |
| Shamrock Management d/b/a | § | |
| Shamrock Energy Solutions; and | § | |
| Enviro-Tech Systems, LLC | § | |
| | § | |
| *Defendants.* | § | GALVESTON COUNTY, TEXAS |

**Plaintiff's Original Petition**

Plaintiff Renato Dominguez brings this action complaining of Defendants Black Elk Energy, LLC, Black Elk Management, LLC, Black Elk Oil & Gas, LLC, Black Elk Energy Offshore Operations, LLC, Wood Group PSN, Inc., Wood Group USA, Inc., Compass Engineering & Consultants, LLC, Compass Engineering & Consultants of Texas, LLC, Shamrock Management d/b/a Shamrock Energy Solutions, Enviro-Tech Systems, LLC, (all defendants collectively as "Defendants"), and would respectfully show the Court that:

**I.**

**Jurisdiction & Venue**

1.     This claim is maintained under the Outer Continental Shelf Lands Act (OCSLA) 43 U.S.C. 1331 *et seq*, and state law.  Venue is proper in this county as one or

1

more of the defendants maintain a principal place of business and a substantial part of the events giving rise to this action occurred within this county.

## II.

### Discovery Level

2.      Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

## III.

### Parties

3.      Plaintiff is a resident and citizen of Louisiana.

4.      Defendant Black Elk Energy, LLC is a Texas limited liability company. Defendant Black Elk Energy, LLC may be served with process through its registered agent: James F. Hagemeier at 11451 Katy Freeway, Ste. 500, Houston, Texas 77079.

5.      Defendant Black Elk Management, LLC is a Texas limited liability company and. Defendant Black Elk Management, LLC may be served with process through its registered agent: John G. Hoffman at 11451 Katy Freeway, Ste. 500, Houston, Texas 77079.

6.      Defendant Black Elk Oil & Gas, LLC is a Texas limited liability company and. Defendant Black Elk Oil & Gas, LLC may be served with process through its registered agent: James F. Hagemeier at 11451 Katy Freeway, Ste. 500, Houston, Texas 77079.

7.      Defendant Black Elk Energy, LLC is a Texas limited liability company. Defendant Black Elk Energy, LLC may be served with process through its registered agent: CT Corporation System at 250 N. St. Paul St., Ste. 2900, Dallas Texas 75201-4234.

8.      Defendant Wood Group PSN, Inc. is a foreign corporation. Defendant Wood Group PSN, Inc. may be served with process through its registered agent: Corporation

Services Company d/b/a CSC – Lawyers Incorporating Services Company at 211 E. 7th
Street, Suite 620, Austin, Texas 78701-3218.

9.     Defendant Wood Group USA, Inc. is a Texas Corporation. Defendant Wood
Group USA, Inc., may be served with process through its registered agent: Corporation
Services Company d/b/a CSC – Lawyers Incorporating Services Company at 211 E. 7th
Street, Suite 620, Austin, Texas 78701-3218.

10.     Defendant Compass Engineering & Consultants, LLC is a Louisiana limited
liability company. Defendant Compass Engineering & Consultants, LLC may be served with
process through its registered agent: Hewitt Brooks Bernard at 2505 Southeast Evangeline
Thruway, Lafayette, Louisiana 70508.

11.     Defendant Compass Engineering & Consultants of Texas, LLC is a Louisiana
limited liability company. Defendant Compass Engineering & Consultants of Texas, LLC
may be served with process through its registered agent: Kirk L. Trascher at 14701 St. Marys
Lane, Suite 275, Houston, Texas 77079.

12.     Defendant Shamrock Management LLC d/b/a Shamrock Energy Solutions is a
Louisiana limited Liability Company. Defendant Shamrock Management LLC d/b/a
Shamrock Energy Solutions may be served with process through its registered agent: Jeffery
L. Trahan at 4800 Hwy. 311, Houma, Louisiana 70360.

13.     Defendant Enviro-Tech Systems, LLC is a Louisiana limited liability
company. Defendant Enviro-Tech Systems, LLC may be served with process through its
registered agent: Frank A. Richerand at 78219 Oak Ridge Road, Folsom, Louisiana 70437.

3

## V.

### Nature of the Action

14.     This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about November 16, 2012.  On this date, several explosions occurred on the Black Elk West Delta 32E oil production platform, which is owned, operated, and controlled by Defendants.  As a result of the explosions, Plaintiff sustained severe burns and injuries to other parts of his body.

17.     Defendants are negligent and negligent per se for the following reasons:

a.     failure to properly supervise their crew;

b.     failure to properly train their employees;

c.     failure to provide adequate safety equipment;

d.     failure to provide adequate medical treatment;

e.     failure to provide a safe work environment;

f.     failure to inspect the platform and/or equipment;

g.     operating with an inadequate crew;

h.     failure to maintain the platform and/or equipment;

i.     vicariously liable for their employees' negligence;

j.     violating applicable Coast Guard, OSHA, and/or BSEE rules; and

k.     other acts deemed negligent.

18.     As a result of said occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, disfigurement, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, disfigurement, mental anguish, and distress.  In all reasonable probability, Plaintiff's physical pain, physical

4

impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

19.     Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

## VI.

## Jury Trial

20.     Plaintiff hereby requests a trial by jury on all claims.

## VII.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, punitive damages, and all such other and further relief, to which he may show himself justly entitled.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
State Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007

5



Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**DIAMOND McCARTHY LLP**
Reda M. Hicks
State Bar No. 24050507
909 Fannin Street, Suite 1500
Houston, Texas 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

**ATTORNEYS FOR PLAINTIFF**

6



# CIVIL CASE COVER SHEET

**COURT:** County Court At Law No. 2 of Galveston County

**CAUSE NUMBER:** CV70916

**Filed**
13 October 16 P3:09
Dwight D. Sullivan
County Clerk
Galveston County

This Civil Cover Sheet should be completed and filed with the original petition. The information should be the best available at the time of filing, understanding that the information may change before trial.

This Information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.

---

**1. Styled** Renato Dominguez v. Black Elk Energy, LLC, et al

Plaintiff | Defendant

**2. Party filing this cover sheet:**

Check one: ✓ Attorney for Plaintiff(s)   ☐ Plaintiff(s)

Name: Jason Itkin
Address: 6009 Memorial Drive
City/St/ZIP: Houston, Texas 77007
Telephone: 713-222-3800
Fax: 713-222-3850
Email: jitkin@arnolditkin.com
State Bar No.: 24032461
Signature: /s/ Jason Itkin

**3. Plaintiff(s)** (list separately)

a. Renato Dominguez

**4. Defendant(s)** (list separately)

a. Black Elk Energy, LLC
b. Black Elk Management, LLC
c. Black Elk Oil and Gas, LLC
d. Black Elk Energy Offshore Operations, LLC
e. Wood Group PSN, Inc.
f. Wood Group USA, Inc.
g. Compass Engineering & Consultants, LLC
h. Compass Engineering & Consultants of Texas, LLC
i. Shamrock Management d/b/a Shamrock Energy Solutions; and
j. Enviro-Tech Systems, LLC

---

**5. Indicate case type (check only one):**

| CONTRACT | INJURY OR DAMAGE | REAL PROPERTY | OTHER CIVIL |
|---|---|---|---|
| *Debt/Contract* <br> ☐ Consumer/DTPA <br> ☐ Debt/Contract <br> ☐ Fraud/Misrepresentation <br> ☐ Other Debt/Contract <br> ___ <br> *Employment* <br> ☐ Discrimination <br> ☐ Retaliation <br> ☐ Termination <br> ☐ Other Employment: <br> ___ <br> *Foreclosure* <br> ☐ Home Equity - Expedited <br> ☐ Other Foreclosure <br> ☐ Franchise <br> ☐ Insurance <br> ☐ Landlord/Tenant <br> ☐ Non-Competition <br> ☐ Partnership <br> ☐ Other Contract: ___ | ☐ Assault/Battery <br> ☐ Construction <br> ☐ Defamation <br> *Malpractice* <br> ☐ Accounting <br> ☐ Legal <br> ☐ Medical <br> ☐ Other Professional Liability: <br> ___ <br> ☐ Motor Vehicle Accident <br> ☐ Premises <br> ☐ Product Liability <br> List product: ___ <br> ✓ Other Injury or Damage: <br> Maritime | ☐ Eminent Domain/Condemnation <br> ☐ Partition <br> ☐ Quiet Title <br> ☐ Trespass to Try Title <br> ☐ Other Property: <br> ___ <br><br> **TAX** <br> ☐ Tax Appraisal <br> ☐ Tax Delinquency | ☐ Administrative Appeal <br> ☐ Antitrust/Unfair Competition <br> ☐ Code Violations <br> ☐ Expunction <br> ☐ Foreign Judgment <br> ☐ Intellectual Property <br> ☐ Lawyer Discipline <br> ☐ Name Change <br> ☐ Perpetuate Testimony <br> ☐ Securities/Stock <br> ☐ Tortuous Interference <br> ☒ Seizure/Forfeiture <br> ☐ Worker's Comp <br> ☐ Other: ___ |
| | **PROBATE & MENTAL HEALTH** | | |
| | ☐ Guardianship – Adult <br> ☐ Guardianship – Minor <br> ☐ Probate/Wills/Intestate Administration <br> ☐ Other: ___ | ☐ Mental Health | |

---

**6. Indicate sub-topic, if relevant:**

| | | | |
|---|---|---|---|
| ☐ Appeal from municipal/justice court <br> ☐ Attachment <br> ☐ Bill of Review <br> ☐ Certiorari | ☐ Class Action <br> ☐ Declaratory Judgment <br> ☐ Garnishment <br> ☐ Interpleader | ☐ License <br> ☐ Mandamus <br> ☐ Post-Judgment <br> ☐ Prejudgment Remedy | ☒ Receiver <br> ☐ Sequestration <br> ☐ TRO/Injunction <br> ☐ Turnover |

**7. Has this case been previously filed, or is it related to a case previously filed, in this county, or in another county or state?**

☐ No
☐ Yes, in this county: Court: ___ Cause # ___
☐ Yes, in another county or state:
County: ___ State: ___ Cause # ___

**8. Level of Discovery:**   ☐ Level 1   ✓ Level 2   ☐ Level 3

**COUNTY COURT AT LAW NO. 2 OF GALVESTON COUNTY, TEXAS**



**CASE INFORMATION STATEMENT**

**October 17, 2013**

THE CASE INFORMATION STATEMENT IS FOR ADMINISTRATIVE PURPOSES ONLY. IT SHALL BE FILED WITH THE PARTIES ORIGINAL PLEADINGS AND SHALL BE SERVED UPON ALL OTHER PARTIES TO THE ACTION
*************************************************************************************************************

**STYLE:**

**RENATO DOMINGUEZ**

**VS.**

**BLACK ELK ENERGY, LLC, ET AL**

**CAUSE NO. CV-0070916  FILED 10/16/13**

**STATUS CONFERENCE SET FOR**

**02/20/14  @ 2:00 P.M.**

*************************************************************************************************************

Attorney for Petitioner or Pro Se _____     Attorney for Respondent or Pro Se _____

State Bar Number _____     State Bar Number _____

Address _____     Address _____

Phone Number _____     Phone Number _____

Fax Number _____     Fax Number _____
*************************************************************************************************************

Briefly describe the case including any special characteristics that may warrant extended discovery or accelerated disposition. If complex or expedited track requested, explain why. Attach additional sheets if necessary.

Estimated time for Discovery _____     Estimated time for Trial _____

Level 1 _____     Level 2 _____     Level 3 _____

Signature of Attorney or Pro Se Party: _____     Date _____

ONLY ATTORNEY(S) OR PRO SE PARTY(IES) ARE TO BE PRESENT AT CONFERENCE

You may submit a Docket Control Order in lieu of appearance at the status conference.

## FAILURE TO APPEAR AT STATUS CONFERENCE MAY RESULT IN CASE BEING DISMISSED FOR WANT OF PROSECUTION

PLEASE FILL OUT AND RETURN

**CAUSE NO. CV-0070916**

| RENATO DOMINGUEZ | § | IN THE COUNTY COURT |
|---|---|---|
| VS. | § | AT LAW NUMBER TWO (2) |
| BLACK ELK ENERGY, LLC, ET AL | § | GALVESTON COUNTY, TEXAS |

**JURY DEMAND**

On this day came the Plaintiff(s), herein by their attorney, and in open court demand a jury and having paid the jury fee; it is Ordered, Adjudged and Decreed by the court that this cause be and the same is placed on the jury docket for trial.

Signed this, the _____ day of _____, A.D. 2013.

Barbara Roberts, Presiding Judge
County Court at Law No. 2
Galveston County, Texas

