UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Renato Dominguez<br>*Plaintiff,*<br><br>v.<br><br>Black Elk Energy, LLC;<br>Black Elk Management, LLC;<br>Black Elk Oil & Gas, LLC;<br>Black Elk Energy Offshore Operations, LLC;<br>Wood Group PSN, Inc.;<br>Wood Group USA, Inc.;<br>Compass Engineering & Consultants, LLC;<br>Compass Engineering &<br>Consultants of Texas, LLC;<br>Shamrock Management d/b/a<br>Shamrock Energy Solutions; and<br>Enviro-Tech Systems, LLC.<br><br>*Defendants.* | §§§§§§§§§§§§§§§§§§ | CA. No. 3:13-cv-00400 |

## Order

The Court has considered Plaintiff's Notice to Non-suit Without Prejudice. The Court hereby acknowledges Plaintiff's Notice of Non-Suit CA. No. 3:13-cv-00400 *without prejudice.* This non-suit shall not affect any claims brought by Plaintiff in any other matter.

**IT IS THEREFORE ORDERED** that CA. No. 3:13-cv-00400 is hereby dismissed *without prejudice to re-filing.* All costs of suit are to be borne by the party incurring the same.

SIGNED this 20th day of December, 2013.

_____
The Honorable Judge Costa
United States District Court Judge